**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| *In re Allervie Health Professional Corporation Data Breach Litigation* | Case No.: 4:25-cv-01333 |

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY**

Plaintiffs and Defendant Allervie Health Professional Corporation ("Defendant") hereby notify the Court that they have reached agreement on the material terms of a class settlement in this matter. To allow the Parties sufficient time to finalize the settlement agreement and prepare the notices to the class and the motion for preliminary approval, the Parties respectfully request that the Court stay all case deadlines for 30 days. Pursuant to this proposal, within 30 days, Plaintiffs will move for preliminary approval or the Parties will submit a joint status report on settlement.

WHEREFORE, the Parties respectfully request that the Court stay all deadlines for 30 days, at which time Plaintiffs will either move for preliminary approval of the class settlement or the Parties will file a joint status report as to the status of their efforts and anticipated filing date for the motion for preliminary approval.

Dated: June 4, 2026

Respectfully submitted,

*/s/ William B. Federman*
William B. Federman
**Federman & Sherwood**
4131 North Central Expressway
Suite 900
Dallas, TX 73142
wbf@federmanlaw.com

Raina C Borrelli
**Strauss Borrelli PLLC**
980 N Michigan Ave.
Suite 1610
Chicago, IL 60611
raina@straussborrelli.com

Gary Michael Klinger
**Milberg PLLC**
227 W. Monroe Street
Suite 2100
Chicago, IL 60606
gklinger@milberg.com

*Interim Co-Lead Class Counsel*

*/s/ Kristin E. Shicora*
Kristin Elizabeth Shicora
Jill H. Fertel
Cipriani & Werner, P.C.
Three Valley Square
512 E. Township Line Road
19422, Ste 305
Blue Bell, PA 19422
kshicora@c-wlaw.com

*Counsel for Defendant*