**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| *In re Allervie Health Professional Corporation Data Breach Litigation* | Case No.: 4:25-cv-01333 |

**ORDER ON JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY**

Plaintiffs and Defendant Allervie Health Professional Corporation have notified the Court that they have reached agreement on the material terms of a class settlement in this matter. To allow the Parties sufficient time to finalize the settlement agreement and prepare the notices to the class and the motion for preliminary approval, the Court GRANTS the Parties' request that the Court stay all case deadlines for 30 days. Within 30 days, Plaintiffs will either move for preliminary approval of the class settlement or the Parties will file a joint status report as to the status of their efforts and anticipated filing date for the motion for preliminary approval.

**IT IS SO ORDERED.**

**SIGNED this 8th day of June, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE